United States District Court
Southern District of Texas

**ENTERED**

June 23, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:25-CV-02850 |
| VICTOR CHEN, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on June 4, 2026. Doc. #34. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation (Doc. #42) in its entirety.

Accordingly, Plaintiff Great American Insurance Company's Motion to Dismiss (Doc. #25) is hereby GRANTED. Defendant Victor Chen's counterclaims are DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6).

It is so ORDERED.

JUN 2 2 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge